**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

| | |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE,<br><br>Defendants. | Case No. 2:21-cv-00675-RCY-RJK |

**DECLARATION OF PAUL M. FALABELLA IN SUPPORT OF DAVID VICENS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Paul M. Falabella, hereby declare as follows:

1. I am an attorney with the law firm Butler Curwood PLC, counsel for Lead Plaintiff Movant Patrick Vicens ("Vicens") and proposed Local Counsel for the class in the above-captioned action. I make this declaration in support of Patrick Vicens's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published December 30, 2021 on *PR Newswire*, announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:   Vicens's Signed PSLRA Certification;

Exhibit C:   Analysis of Vicens's financial interest as a result of his transactions in Instadose Pharma Corp. securities; and

1

2

Exhibit D:     Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 28th day of February 2022.

*/s/ Paul M. Falabella*
Paul M. Falabella

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/    Paul M. Falabella
Paul M. Falabella (VSB No. 81199)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: 804-648-4848
Fax: 804-237-0413
Email: paul@butlercurwood.com