# EXHIBIT A

# Pomerantz Law Firm Announces the Filing of a Class Action Against Instadose Pharma Corp. f/k/a Mikrocoze, Inc. - INSD; MZKR



NEWS PROVIDED BY
**Pomerantz LLP →**
Dec 30, 2021, 18:00 ET

NEW YORK, Dec. 30, 2021 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Instadose Pharma Corp. f/k/a Mikrocoze, Inc. ("Instadose", "Mikrocoze", or the "Company") (OTCMKTS: INSD; MZKR) and one of its officers. The class action, filed in United States District Court for the Eastern District of Virgina, Norfolk Division, and docketed under 21-cv-00675, is on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Instadose securities between December 8, 2020 and November 24, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and one of its top officials.

If you are a shareholder who purchased Instadose securities during the class period, you have until February 28, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Instadose does not have significant operations and was at all relevant times classified as a "shell" company. Instadose was formerly known as "Mikrocoze, Inc.", which was organized to sell micro-furniture for small spaces via the Internet. The Company has since pivoted its business to focus on growth and acquisition of pharmaceutical grade agricultural products.

On December 7, 2020, Instadose (then still known as Mikrocoze) entered into a non-binding letter of intent with Instadose Pharma Corp., a Canadian-based cannabis producer ("Instadose Canada"), and holders of a majority of its outstanding shares for a transaction to acquire 100% of the outstanding common shares of Instadose Canada in exchange for approximately 80% of the issued and outstanding shares of common stock of the Company following such exchange (the "Business Combination").

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i)

Instadose had performed inadequate due diligence into the Business Combination and/or ignored significant red flags associated with Instadose Canada; (ii) Instadose's internal controls and policies were inadequate to detect and/or prevent impermissible trading activity by control persons of the Company; (iii) the foregoing subjected Instadose to a heightened risk of regulatory scrutiny and enforcement action; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On July 9, 2021, the Ontario Securities Commission ("OSC") announced that the Chairman and Chief Executive Officer ("CEO") of Instadose Canada, Grant Ferdinand Sanders ("Sanders"), was charged quasi-criminally with one count of fraud in relation to his role as Chairman and CEO of Instadose Canada, which, since July 2017, had raised more than $9.4 million from investors. The OSC alleged that investor funds were diverted to the benefit of Sanders, his family, and associates, and that Instadose Canada materially misrepresented the nature of its business.

Then, on October 15, 2021, Instadose Canada announced that an overwhelming majority of its shareholders voted in favor of the Business Combination, hich remains subject to customary closing conditions, including approval by a Canadian court. Following completion of the Business Combination, Instadose expected that its Board of Directors would consist of, among others, Sanders.

Then, on November 24, 2021, in a filing with the U.S. Securities and Exchange Commission ("SEC"), Instadose disclosed that "[o]n November 23, 2021, the Company was notified by the SEC that it had ordered, pursuant to Section 12(k) of the [Exchange Act], that trading in the securities of

[Instadose] is suspended for the period from 9:30 a.m. EDT on November 24, 2021, through 11:59 p.m. EDT on December 8, 2021." Instadose advised investors that the SEC's order specifically stated that "it appears to the [SEC] that the public interest and the protection of investors require a suspension in the trading of [Instadose] securities . . . because of questions and concerns regarding the adequacy and accuracy of information about Instadose . . . in the marketplace, including: (1) significant increases in the stock price and share volume unsupported by the company's assets and financial information; (2) trading that may be associated with individuals related to a control person of Instadose . . .; and (3) the operations of Instadose[]'s Canadian affiliate."

On this news, and after Instadose's common stock began publicly trading again on December 9, 2021, the Company's stock price fell $22.61 per share, or 91.87%, to close at $2.00 per share on December 9, 2021.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980


SOURCE Pomerantz LLP


Related Links

www.pomerantzlaw.com