# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF

Instadose Pharma Corp., SECURITIES LITIGATION

I,     **Patrick Vicens**                    , certify:

1.  I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2.  I did not purchase Instadose Pharma Corp., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Instadose Pharma Corp., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5.  I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ☐  Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

1/7/2022

Dated: _____

DocuSigned by:

*Patrick Vicens*

3D547F3AFB4A4C0...

**Patrick Vicens**

**Patrick Vicens' Transactions in Instadose Pharma Corp. (INSD)**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 11/8/2021 | Bought | 100 | $53.4500 |