# EXHIBIT C

Financial Interest Analysis

**Company Name:** Instadose Pharma Corp.
**Ticker:** INSD
**Class Period:** 12/08/2020 - 11/24/2021
**Name:** Patrick Vicens

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/8/2021 | 100 | $53.4500 | -$5,345.0000 | | $0.0000 | -$5,345.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **100** | | | | **Subtotal:** | **-$5,345.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $584.02 |
| | | | $5.8402 | 100 | **Total:** | **-$4,760.98** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between December 9, 2021 and February 25, 2022