UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE,<br><br>Defendants. | Case No.  2:21-cv-00675-RCY-RJK |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION
OF ROBERT DUFNER FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Steven J. Toll, hereby declare as follows:

1.    I am managing partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), liaison counsel for Robert Dufner ("Dufner"), and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Dufner's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Dufner's selections of Pomerantz LLP ("Pomerantz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting Dufner's financial interest in the Action;

Exhibit B:    Press release published over *PR Newswire* on December 30, 2021, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Dufner;

Exhibit D:    Declaration executed by Dufner;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Cohen Milstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 28, 2022, at Washington, DC.

*/s/ Steven J. Toll*
Steven J. Toll

1