# EXHIBIT A

**Instadose Pharma Corp. (INSD)**
**Class Period: December 8, 2020 through November 24, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $5.8308 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dufner, Robert | 10/26/2021 | 199 | $18.5000 | ($3,682) | 11/16/2021 | (199) | $21.0598 | $4,191 | | | |
| Dufner, Robert | 10/26/2021 | 2,304 | $18.5000 | ($42,624) | 11/16/2021 | (2,304) | $21.0499 | $48,499 | | | |
| Dufner, Robert | 10/26/2021 | 10 | $18.5000 | ($185) | 11/16/2021 | (10) | $21.2590 | $213 | | | |
| Dufner, Robert | 10/26/2021 | 100 | $18.5000 | ($1,850) | 11/16/2021 | (100) | $21.2498 | $2,125 | | | |
| Dufner, Robert | 10/26/2021 | 100 | $18.5000 | ($1,850) | 11/16/2021 | (100) | $21.9998 | $2,200 | | | |
| Dufner, Robert | 10/26/2021 | 200 | $18.2400 | ($3,648) | 11/16/2021 | (200) | $23.1499 | $4,630 | | | |
| Dufner, Robert | 11/18/2021 | 200 | $31.0000 | ($6,200) | | | | | | | |
| Dufner, Robert | 11/18/2021 | 100 | $31.1000 | ($3,110) | | | | | | | |
| Dufner, Robert | 11/18/2021 | 910 | $32.0000 | ($29,120) | | | | | | | |
| Dufner, Robert | 11/18/2021 | 396 | $32.2500 | ($12,771) | | | | | | | |
| Dufner, Robert | 11/18/2021 | 4 | $31.0000 | ($124) | | | | | | | |
| **Dufner, Robert** | | **4,523** | | **($105,164)** | | **(2,913)** | | **$61,857** | **1,610** | **$9,388** | **($33,919)** |

*Avg Closing Prices from November 25, 2021 through February 23, 2022