IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MICHELE DELUCA, *Individually and on* )
*Behalf of All Others Similarly Situated,* )
    Plaintiff, )
     )
     )
    v. )             Civil Action No. 2:21CV675 (RCY)
     )
INSTADOSE PHARMA CORP., *et al.,* )
    Defendants. )
     )

**ORDER**

This matter is before the Court on: (1) Movant Tawzer's Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (ECF No. 7); (2) Movant Vicens' Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No. 11); (3) Movant Dufner's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel (ECF No. 14); and (4) Movant Mavis Brown and Movant Tim Brown's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel (ECF No. 17). For the reasons stated in the accompanying Memorandum Opinion, the Court: (1) DENIES Movant Tawzer's Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (ECF No. 7); (2) DENIES Movant Vicens' Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No. 11); (3) DENIES Movant Dufner's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel (ECF No. 14); and (4) GRANTS Movant Mavis Brown and Movant Tim Brown's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel (ECF No. 17). The Group is APPOINTED as Lead Plaintiff, and Brager Eagel & Squire, P.C. and Levi & Korsinsky are APPOINTED as lead counsel and local counsel respectively.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify all counsel accordingly.

It is so ORDERED.

                                        /s/

Richmond, Virginia                           Roderick C. Young
Date: July 29, 2022                    United States District Judge