**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

| | |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated, | Civil Action No: 2:21CV675 (EWH) |
| Plaintiff, | CLASS ACTION |
| v. | |
| INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE, | |
| Defendants. | |

**REQUEST FOR ENTRY OF DEFAULT**

Lead Plaintiffs Mavis Brown and Tim Brown (together, "Plaintiffs"), by their undersigned counsel, respectfully request entry of default against defendants Instadose Pharma Corp. f/k/a Mikrocoze, Inc. ("Instadose") and Terry Wilshire ("Wilshire," and together "Defendants"), pursuant to Federal Rule of Civil Procedure ("Rule") 55(a), for failure to appear or respond in a timely manner to the Class Action Complaint (the "Complaint").

The Complaint was filed on December 30, 2021, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder. ECF No. 1. On January 19, 2022, the original plaintiff in the action, Michele DeLuca ("DeLuca"), through a process server, effected service on Instadose by serving the summons and Complaint on Instadose's registered agent, State Agent and Transfer Syndicate, Inc. (the "Registered Agent"), at 112 North Curry Street, Carson City, Nevada 89703-4934. *See* Declaration of Marion C. Passmore in Support of Request for Entry of Default (the "Passmore Declaration") at ¶ 3; *see also* ECF No. 4 (Affidavit of Service for Instadose). On the same day, DeLuca effected service on Wilshire, through a process server, by serving the summons and Complaint on Instadose's Registered Agent at the same address. Passmore Declaration at ¶ 4; *see also* ECF No. 5 (Affidavit of Service for Wilshire). The deadline for Defendants to answer or otherwise respond to the Complaint was February 9, 2022. Passmore Declaration at ¶ 5.

On February 28, 2022, DeLuca submitted a status report to the Court stating that because the action is a federal securities class action alleging violations under the Exchange Act, the Private Securities Litigation Reform Act of 1995 (the "PSLRA") governs certain procedural aspects of the action, including the process for appointment of a lead plaintiff in the action. *See* ECF No. 6; *see also* Passmore Declaration at ¶ 6. DeLuca informed the Court that due to the PSLRA's procedural requirements, counsel for DeLuca believed that an answer or motion responding to the Complaint

1

would be premature prior to the Court's entry of an order pursuant to the PSLRA appointing a lead plaintiff as typically, Court-appointed lead plaintiff(s) file their own amended complaint. *Id.* DeLuca also informed the Court that service was effected as stated herein with affidavits of service filed on the docket and that counsel for DeLuca had contacted Kris Osborne (authorized to accept served on behalf of the Registered Agent) by telephone and confirmed that the summonses and Complaint were forwarded to Defendants. *Id.* As of the date of the status report, DeLuca had not heard from or otherwise been contacted by counsel for Defendants, Defendants had not yet made an appearance in the action. *Id.*

On July 29, 2022, the Court appointed Plaintiffs as Lead Plaintiff in the action, and appointed Bragar Eagel & Squire P.C. and Levi & Korsinsky LLP as lead counsel and local counsel, respectively. ECF No. 26.

At this time, Defendants have still not made an appearance in the action, or otherwise defended the litigation in a timely manner. Passmore Declaration at ¶ 7. Therefore, pursuant to Rule 55(a), Plaintiffs respectfully request that the Clerk of Court enter a default against the Defendants.

DATED: August 24, 2022         Respectfully submitted,

By: /s/ *Elizabeth K. Tripodi*
Elizabeth K. Tripodi (VA Bar #73483)
**LEVI & KORSINSKY LLP**
1101 30th Street NW, Suite 115
Washington, D.C., 20007
Tel: (202) 524-4290
Fax: (212) 363-7171
etripodi@zlk.com

*Local Counsel for Lead Plaintiffs and the Class*

Melissa A. Fortunato
Marion C. Passmore
**BRAGAR EAGEL & SQUIRE, P.C.**

2

810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email:  fortunato@bespc.com
          passmore@bespc.com

*Counsel for Lead Plaintiffs and the Class*

3

## CERTIFICATE OF SERVICE

I, Elizabeth K. Tripodi, hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 24th day of August, 2022. I also sent full and complete copies of the foregoing via U.S. Mail, first-class postage paid, to the following:

Instadose Pharma Corp. f/k/a Mikrocoze, Inc.
1545 Crossways Boulevard, Suite 250
Chesapeake, VA 23330

Terry Wilshire
1545 Crossways Boulevard, Suite 250
Chesapeake, VA 23330

Instadose Pharma Corp. f/k/a Mikrocoze, Inc.
c/o State Agent and Transfer Syndicate, Inc.
Registered Agent of Instadose Pharma Corp.
112 North Curry Street
Carson City, Nevada 89703-4934

Terry Wilshire
c/o State Agent and Transfer Syndicate, Inc.
Registered Agent of Instadose Pharma Corp.
112 North Curry Street
Carson City, Nevada 89703-4934

/s/ Elizabeth K. Tripodi
Elizabeth K. Tripodi

4