**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

|  |  |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated, | Civil Action No: 2:21CV675 (EWH) |
| Plaintiff, | CLASS ACTION |
| v. | |
| INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE, | |
| Defendants. | |

## CLERK'S ENTRY OF DEFAULT

Default is hereby noted on the docket as to defendants **Instadose Pharma Corp. f/k/a Mikrocoze, Inc.** and **Terry Wilshire**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, this ___ day of August, 2022.

Fernando Galindo, Clerk of Court

By: _____

1