**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

| | |
|---|---|
| JOHN R. BULBA and MATTHEW WIRSING, Derivatively on Behalf of Nominal Defendant INSTADOSE PHARMA CORP. (f/k/a MIKROCOZE, INC.),<br><br>        Plaintiffs,<br><br>v.<br><br>ED BORKOWSKI, PETER WIRTH, ANN BARNES, TERRY WILSHIRE and ROBERT DICKENSON,<br><br>        Defendants,<br><br>and<br><br>INSTADOSE PHARMA CORP. (f/k/a MIKROCOZE, INC.),<br><br>        Nominal Defendant. | Civil Action No.: 2:22-cv-00066-RAJ-DEM |
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE,<br><br>Defendants. | Civil Action No: 2:21-cv-00675 (EWH)<br>CLASS ACTION |

## NOTICE OF RELATED CASE AND MOTION TO COORDINATE
## SCHEDULING, DISCOVERY AND PRETRIAL PROCEEDINGS

Plaintiffs John R. Bulba and Matthew Wirsing ("Derivative Plaintiffs") respectfully provide notice that these two cases, pending in this Division but assigned to a different Judge, are related. The cases are brought by different plaintiffs and seek different relief, but both involve the same set of operative facts, and Instadose Pharma Corp. and Terry Wilshire are named as defendants or nominal defendant in both cases. Moreover, both cases present similar issues with respect to service of process and default, and if not coordinated there is a substantial risk that different plaintiffs' counsel will separately ask different Judges to rule on virtually identical motions with the attendant inefficiencies and risk of conflicting rulings. In addition, information relevant to both cases is likely discoverable from the same persons.

Based upon the foregoing, Derivative Plaintiffs respectfully provide notice that the cases are related and suggest that the assignment of both cases to a single Judge, the coordination of pretrial proceedings, and the adoption of a coordinated discovery schedule will promote the efficient administration of justice for the benefit of the parties, witnesses and the Court.

Derivative Plaintiffs also request that they not be required to file a supporting memorandum.

Dated: September 2, 2022                          Respectfully Submitted,

**WILLIAMS & SKILLING, P.C.**

By: */s/ Charles L. Williams*
Charles L. Williams (VSB No. 23587)
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, VA 23111
Telephone: (804) 447-0307
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com

2

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (*pro hac vice* to be applied for)
Gregory M. Egleston (*pro hac vice* to be applied for)
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 2, 2022. On this same date I have also sent full and complete copies of the foregoing via email to the following:

> Instadose Pharma Corp. f/k/a Mikrocoze, Inc.
> c/o Alex Wylie, Chief Executive Officer
> awylie@instadosepharma.com
>
> Instadose Pharma Corp. f/k/a Mikrocoze, Inc.
> c/o Loren S. Greenspoon, Chief Legal Officer
> lgreenspoon@instadosepharma.com

and via U.S. Mail, first-class postage paid, to the following:

Instadose Pharma Corp. f/k/a Mikrocoze, Inc.
1545 Crossways Boulevard, Suite 250
Chesapeake, VA 23330

and

Instadose Pharma Corp. f/k/a Mikrocoze, Inc.
c/o State Agent and Transfer Syndicate, Inc.

3

Registered Agent of Instadose Pharma Corp.
112 North Curry Street
Carson City, Nevada 89703-4934

Ed Borkowski
527 N Mallory Circle
Delray Beach, FL 33483-5286

Peter Wirth
1545 Crossways Boulevard, Suite 250
Chesapeake, VA 23330

and

Peter Wirth
c/o State Agent and Transfer Syndicate, Inc.
Registered Agent of Instadose Pharma Corp.
112 North Curry Street
Carson City, Nevada 89703-4934

Ann Barnes
1545 Crossways Boulevard, Suite 250
Chesapeake, VA 23330

and

Ann Barnes
c/o State Agent and Transfer Syndicate, Inc.
Registered Agent of Instadose Pharma Corp.
112 North Curry Street
Carson City, Nevada 89703-4934

Terry Wilshire
1545 Crossways Boulevard, Suite 250
Chesapeake, VA 23330

and

Terry Wilshire
c/o State Agent and Transfer Syndicate, Inc.
Registered Agent of Instadose Pharma Corp.
112 North Curry Street
Carson City, Nevada 89703-4934

Robert Dickenson
1545 Crossways Boulevard, Suite 250

4

Chesapeake, VA 23330

and

Robert Dickenson
c/o State Agent and Transfer Syndicate, Inc.
Registered Agent of Instadose Pharma Corp.
112 North Curry Street
Carson City, Nevada 89703-4934

/s/ *Charles L. Williams*
Charles L. Williams (VSB No. 23587)
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, VA 23111
Telephone: (804) 447-0307
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com