**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)**

| | |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated, | Case No: 2:21-cv-00675-EWH-RJK |
| Plaintiff, | CLASS ACTION |
| v. | |
| INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE, | |
| Defendants. | |
| JOHN R. BULBA and MATTHEW WIRSING, Derivatively on Behalf of Nominal Defendant INSTADOSE PHARMA CORP. (f/k/a MIKROCOZE, INC.), | Case No.: 2:22-cv-00066-EWH-DEM |
| Plaintiffs, | |
| v. | |
| ED BORKOWSKI, PETER WIRTH, ANN BARNES, TERRY WILSHIRE and ROBERT DICKENSON, | |
| Defendants, | |
| and | |
| INSTADOSE PHARMA CORP. (f/k/a MIKROCOZE, INC.), | |
| Nominal Defendant. | |

**RESPONSE AND OBJECTION TO DERIVATIVE PLAINTIFFS'
NOTICE OF RELATED CASE AND MOTION TO COORDINATE
<u>SCHEDULING, DISCOVERY AND PRETRIAL PROCEEDINGS</u>**

Lead Plaintiffs Mavis Brown and Tim Brown (together, "Plaintiffs"), by their undersigned counsel, respectfully submit the following response and objection to plaintiffs John R. Bulba and Matthew Wirsing's (the "Derivative Plaintiffs") Notice of Related Case and Motion to Coordinate Scheduling, Discovery and Pretrial Proceedings (the "Motion to Coordinate").  ECF No. 29.

Plaintiffs object to the coordination of scheduling, discovery, and pretrial proceedings of the two above-captioned actions.  While the two proceedings may raise overlapping factual issues, the two proceedings raise different legal claims, on behalf of different, and in part adverse parties, and often in these circumstances, the derivative case is stayed until the outcome of the securities class action.  Further, as no defendant has appeared in either action, the Court should allow defendants the opportunity to be heard on the request.

Plaintiffs agree that there is overlap in the facts presented and therefore do not object to the cases being related.[1]  In addition, both cases present similar issues with respect to service and default.

Plaintiffs respectfully request that they not be required to file a supporting memorandum.

DATED: September 16, 2022                    Respectfully submitted,

                                             By: /s/ *Elizabeth K. Tripodi*
                                             Elizabeth K. Tripodi (VA Bar #73483)
                                             **LEVI & KORSINSKY LLP**
                                             1101 30th Street NW, Suite 115
                                             Washington, D.C., 20007
                                             Tel: (202) 524-4290
                                             Fax: (212) 363-7171
                                             etripodi@zlk.com

---

[1]  After the filing of the Derivative Plaintiffs' notice, their action was re-assigned to the Honorable Elizabeth W. Hanes and therefore the actions are now before the same Judge.

1

*Local Counsel for Lead Plaintiffs and the Class*

Melissa A. Fortunato
Marion C. Passmore
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email:  fortunato@bespc.com
           passmore@bespc.com

*Counsel for Lead Plaintiffs and the Class*

2

**CERTIFICATE OF SERVICE**

I, Elizabeth K. Tripodi, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 16th day of September, 2022.

/s/ *Elizabeth K. Tripodi*
Elizabeth K. Tripodi

3