**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

| | |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE,<br><br>    Defendants. | Case No: 2:21-cv-00675 (JKW)(RJK)<br><br><u>CLASS ACTION</u> |

**DECLARATION OF LAWRENCE P. EAGEL**
**REGARDING DISSEMINATION OF NOTICE TO THE CLASS**

I, Lawerence P. Eagel, hereby declare as follows:

1. I am a partner and shareholder with the law firm of Bragar Eagel & Squire, P.C. ("Bragar Eagel").  Bragar Eagel is counsel for Class Representatives Mavis Brown and Tim Brown and the Court-appointed Class Counsel in the above-captioned action (the "Action").

2. I respectfully submit this Declaration pursuant to the Court's Order dated October 19, 2023, directing notice to potential Class Members pursuant to Federal Rule of Civil Procedure 23 (ECF No. 47), to provide proof of notice and exclusions.

3. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the Declaration of Tina Chiango, on behalf of the Court-appointed Administrator RG/2 Claims Administration LLC ("RG/2 Claims"), Regarding Dissemination of Notice to the Settlement Class (the "Chiango Declaration").

1

4.  Bragar Eagel caused the Summary Notice to be published over *Business Wire* on November 30, 2023.  A copy of the release is attached to the Chiango Declaration as Exhibit "C".

5.  As described in the Chiango Declaration, to date, only one request for exclusion has been received.  A copy of the request for exclusion is attached to the Chiango Declaration as Exhibit "D".

6.  Bragar Eagel has created and maintained an Instadose Class webpage at www.bespc.com/cases/InstadosePharma-SecuritiesLitigation that went live on November 16, 2023.  The webpage provides summary information similar to the Postcard Notice and Summary Notice, including advising potential Class Members of the option to exclude themselves provided that they do so as instructed in the long-form Notice, by February 14, 2024.  The webpage also provides a hyperlink to the long-form Notice, as well as downloadable copies of the long-form Notice, Court's Memorandum Opinion & Order on Motion for Class Certification and Default Judgment, Class Action Complaint, and Postcard Notice.

7.  Pursuant to the Court's Memorandum Opinion & Order on Motion for Class Certification and Default Judgment (ECF No. 43), Class Representatives and Class Counsel anticipate filing a renewed motion for default judgment by March 29, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 29th day of February, 2024.

/s/ *Lawrence P. Eagel*
Lawrence P. Eagel

2