# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |
|---|---|
| MICHELLE DELUCA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE,<br><br>    Defendants. | Case No. 2:21-cv-00675 (JKW)(RJK)<br><br>CLASS ACTION |

## DECLARATION OF TINA CHIANGO
## REGARDING DISSEMINATION OF NOTICE TO THE CLASS

I, TINA CHIANGO, hereby declare and state as follows:

1.　My name is Tina Chiango, and I am over the age of eighteen (18) years. I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

2.　I am the Director of Claims for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103, the independent third-party administrator retained as Administrator, and appointed by the Court, to handle various administration activities in the above-referenced matter, including, but not limited to, mailing of notice to potential Class Members, processing requests for exclusion, Class Member correspondence, and reporting to Counsel.

3.　RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting

services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, data security breach, consumer, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2 billion in class action settlement proceeds.

4.      On November 16, 2023, RG/2 Claims mailed a long-form Notice and cover letter to 308 entities on RG/2 Claims' nominee contact file for securities cases, which contains brokerage firms, banks, other third-party nominees, and third-party claims filing groups. The cover letter informed nominees to review their files and notify RG/2 Claims of the number of potential Class Members they had on record. Nominees were able to request the Postcard Notices in bulk so that they could perform their own mailing to their clients or could provide RG/2 Claims with the names and addresses and email addresses of their clients so RG/2 Claims could mail the Postcard Notice. A copy of the cover letter and long-form Notice is attached hereto as **Exhibit "A"**.

5.      Subsequent to November 16, 2023, and as a result of the responses from nominees, RG/2 Claims has mailed six (6) Postcard Notices to potential Class Members and provided 295 Postcard Notices in bulk for nominees to mail the Postcard Notice to the clients directly. As a result, RG/2 Claims has mailed a total of 304 Postcard Notices. A copy of the Postcard Notice is attached hereto as **Exhibit "B"**.

6.      Class Counsel arranged for the Summary Notice to be released over *BusinessWire* on November 30, 2023. A copy of the release is attached hereto as **Exhibit "C"**.

7.      The Postcard Notice also advised potential Class Members of their right to exclude themselves from the Class provided that they do so by February 14, 2024. To date, one Class Member has requested to be excluded from the Class. A copy of this Request for Exclusion is attached hereto as **Exhibit "D"**.

I declare under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on February 28, 2024 at Philadelphia, Pennsylvania.

Tina Chiango

# EXHIBIT A

**RG2 Claims Administration LLC**

November 16, 2023

<barcode>
<company>
<Attention>
<address>
<city>, <state>  <zip>
<country>

Re:    *DeLuca v. Instadose Pharma Corp., et al.* – Case No. 2:21-cv-00675(JKW) (RJK)

Dear Madam or Sir –

We are the Court-appointed Administrator for the above referenced matter on behalf of shareholders of Instadose Pharma Corp. ("Instadose") securities from July 14, 2021 through November 24, 2021, inclusive. (the "Class Period"). Please review the enclosed *Notice of Pendency of Class Action* (the "Notice").

**The Class for this Action includes all persons or entities that purchased or otherwise acquired Instadose securities from July 14, 2021 through November 24, 2021, inclusive (ticker INSD).**

If you held Instadose securities during this time period as a nominee for a beneficial owner, then, within seven (7) calendar days after you receive this Notice, you must either: (1) send a copy of this Notice by first-class mail to all beneficial owners of shares; or (2) provide a list of the names and addresses of such beneficial owners to the Claims Administrator.  If you choose to mail the Postcard Notice yourself, you may obtain from the Claims Administrator (without cost to you) as many additional copies of these documents as you will need to complete the mailing.  You may seek reimbursement of reasonable administrative costs incurred in connection with Notification of the beneficial owners.

Please complete below and return a copy of this letter to the Claims Administrator within the next 7 days.  **We recommend sending your response via email to info@rg2claims.com or tchiango@rg2claims.com.**

Sincerely,
Claims Administrator
RG/2 Claims Administration LLC

**Please complete and return a copy of this letter.**

_____ We have mailed the Notice to our beneficial holders on _____, 2023.

_____ We would like to request _____ copies of the Postcard Notice to be sent to us to mail to our beneficial holders.

_____ We would like to request that the Claims Administrator mail the Postcard Notice to our beneficial holders, and we have provided the Claims Administrator with a list of the names and addresses of these beneficial holders.

_____ We had no eligible holders of Instadose securities during the Class Period.

_____    _____    _____
Name of Contact Person (Please print)            Phone Number                     Email

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE,<br><br>Defendants. | Civil Action No:  2:21-cv-00675 (JKW)(RJK)<br><br>CLASS ACTION |

### NOTICE OF PENDENCY OF CLASS ACTION

**If you purchased or otherwise acquired publicly traded Instadose Pharma Corp. ("Instadose" or the "Company") securities from July 14, 2021, through November 24, 2021, both dates inclusive (the "Class"), a class action lawsuit may affect your rights.**

*A federal court authorized this Notice.  This is not a solicitation from a lawyer.*
***Please read this Notice carefully and in its entirety.***

This important legal Notice is being sent pursuant to Rule 23 of the Federal Rules of Civil Procedure and an order of the United States District Court for the Eastern District of Virgina (the "Court") to inform you of a class action lawsuit that is now pending in the Court under the above caption (the "Action") against Instadose and Terry Wilshire (together, "Defendants").  This Notice is intended only to advise you that the Action has been certified by the Court to proceed as a class action on behalf of the Class (defined herein), and to advise you of your rights with respect to the lawsuit.

The Court has not decided whether Defendants did anything wrong, and this Notice is not an expression by the Court of any opinion regarding the merits of any of the claims.  There is no settlement or monetary recovery at this time, and there is no guarantee there will be any recovery.

### 1.     What is this Notice and Why is it Important?

The Court has certified this lawsuit as a class action.  A class action is a lawsuit in which one or more individual(s) and/or entity(ies) (called "Plaintiffs") sue an individual(s) and/or other entity(ies) on behalf of all other people and/or entities who are allegedly in a similar position.  Collectively, the people and/or entities bringing the lawsuit are referred to as a "Class" and

1

individually as "Class Members." In a class action, the court proceeding resolves certain issues, legal claims, and/or defenses for all Class Members in one lawsuit, except for those who ask to be excluded from the Class (as discussed below). If you purchased or otherwise acquired publicly traded Instadose securities from July 14, 2021, through November 24, 2021, both dates inclusive (the "Class Period"), you may be a Class Member. The Class definition may be subject to change by Court order, pursuant to Rule 23 of the Federal Rules of Civil Procedure.

If you are a Class Member, your rights will be affected by this Action. However, receipt of this Notice does not mean you are a Class Member, because the parties do not have a list of all Class Members.

**2.      What is This Lawsuit About and What Has Happened in the Case?**

The complaint in this Action was filed in the Court on December 30, 2021 (the "Complaint"). The Complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder. The Complaint alleges that Defendants made false and/or misleading statements and/or failed to disclose that: (i) Instadose had performed inadequate due diligence into its business combination with a Canadian-based cannabis producer, or ignored significant red flags associated with that business; (ii) Instadose's internal controls and policies were inadequate to detect and/or prevent impermissible trading activity by control persons of the Company; (iii) the foregoing subjected Instadose to a heightened risk of regulatory scrutiny and enforcement action; and (iv) as result, the Company's public statements were materially false and misleading at all relevant times.

Mavis Brown and Tim Brown ("Plaintiffs") were appointed Lead Plaintiffs by the Court on July 29, 2022. Defendants were served with the Complaint but failed to answer the Complaint and/or make an appearance. Default was entered against Defendants on August 25, 2022, and on February 28, 2023, Plaintiffs requested a default judgment (*i.e.*, an order to pay specified damages) and certification of the Class.

The Court issued an Order on August 24, 2023, granting in part and denying in part Plaintiffs' motion. The Court found that the Complaint did not plead sufficient facts to support the allegations relating to internal controls and held that the class period should begin on July 14, 2021, instead of an earlier date. Additionally, the Court found that Notice had to be provided to the Class prior to entry of any default judgment and ordered said Notice with a renewed motion for default judgment to be filed after Notice was provided to the Class.

Unless the Court rescinds its order certifying the Class, all orders of the Court, whether favorable or not to the Class, will be binding on any Class Members who do not opt out or exclude themselves from the Class. *See* No. 5 for further discussion. This includes any judgments by the Court, whether favorable or not favorable to the Class, which will be binding on all Class Members who do not exclude themselves.

2

**3.      Is there any money available now?**

No money or any other benefits are available now.  Even if the Court grants a motion for default judgment in the future, collection from Defendants will take time and there is no guarantee that money or any other benefit will ever be obtained.  If there is a recovery, you will be notified separately about how to obtain your share.

**4.      How Do I Know if I am a Class Member?**

According to the Court's order, you are a Class Member if you fit this description:

All persons and entities that purchased or otherwise acquired publicly traded Instadose securities from July 14, 2021, through November 24, 2021, both dates inclusive (the "Class").  Excluded from the Class are: (a) the Defendants; (b) members of the immediate families of the Defendants; (c) all subsidiaries and affiliates of the Defendants, including the Company's employee retirement and benefit plan(s); (d) any person who is or was an officer or director of the Company during the Class Period; (e) any entity in which any Defendant has a controlling interest; (f) the Defendants' directors' and officers' liability insurance carriers and any affiliates or subsidiaries thereof; and (g) the legal representatives, heirs, successors, or assigns of any such excluded party.

If you are a Class Member, you must decide either to stay in this lawsuit or exclude yourself, as described below.  You may enter an appearance through your own attorney at your own expense if you so desire.  If you are a legal representative for a deceased's estate or an individual who is no longer in charge of his or her own financial matters, and you believe they fall within this definition, read this Notice carefully to decide what steps to take on their behalf.

If you are uncertain about whether you are a Class Member, contact Class Counsel listed below, or your own attorney.

**5.      If I am a Class Member, What are My Options?**

If you are a Class Member, you have a right to stay in the case as a Class Member or be excluded from the lawsuit.  You must decide this very soon.

**Option 1.  <u>Do Nothing and Remain a Member of the Class.</u>**

You have the right to stay in the lawsuit as a Class Member and await the outcome of the case.  You need not do anything if you wish to remain in this lawsuit (other than retain your records in Instadose securities as detailed below).  It will cost you nothing.  If you do nothing and are a Class Member, you will be legally bound by all past, present, and future orders and judgments in this Action, whether favorable or unfavorable.  At the end of the case, you may receive money or other benefits as may be awarded as a result of collection of monies after entry of a default judgment, as the result of a trial, or as a result of a settlement reached between the Class Representatives and Defendants, or you may receive nothing.  However, if you remain a member

3

of the Class, you may not pursue a lawsuit on your own behalf with regard to any of the issues in this Action.

If you stay in the case, you do not need to do anything at this time other than to retain documentation of your transactions in Instadose securities. Should there be a recovery or settlement, Class Members will be required to submit a claim form demonstrating their membership in the Class and documenting their purchases, sales, and/or holdings of Instadose securities, and their resulting damages. No money or benefits are available now and there is no guarantee that money or benefits will be obtained. If they are, Class Members will be notified regarding how to obtain a share.

As a member of the Class, you will be represented by Class Counsel, who are:

Lawrence P. Eagel
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: 212/308-5858
www.bespc.com

In the event that the Class Representatives are successful in collecting on any default judgment, or through trial or settlement, Class Counsel will seek attorneys' fees and expenses from the judgment or settlement proceeds. If there is no recovery, Class Counsel will not receive any attorneys' fees. You will not be personally responsible for any fees, costs, or expenses of Class Counsel relating to the prosecution of this lawsuit.

If you want to be represented by your own lawyer, you may hire one at your own expense. If you do retain separate counsel, you will be responsible for your attorney's fees and expenses and your counsel must enter an appearance on your behalf by filing a Notice of Appearance with the Court and mailing it to Class Counsel at the address set forth above **on or before February 14, 2024**.

Please note that if you do nothing now and stay in the lawsuit, you will give up your rights to sue Defendants separately in another lawsuit regarding legal claims that are, or could have been, part of this lawsuit, and your rights to recover in other lawsuits involving Defendants may be impacted. You may also forgo your right to pursue claims based on alternative theories in favor of the theories being pursued in this case. If you stay in the case, you will be legally bound by all of the orders that the Court issues in this case, including any judgment.

**Option 2. <u>Exclude Yourself from the Lawsuit.</u>**

Alternatively, you have the right to not be part of this lawsuit by excluding yourself, also known as "opting out" of the Class. If you wish to exclude yourself, you must do so on or before **February 14, 2024**, as described below. If you exclude yourself from the Class, you will not be bound by any past, present, or future orders and judgments in this Action, nor will you be eligible to share in any recovery that might be obtained in the Action. Additionally, if you exclude yourself

4

from the Class, you will retain any rights you have, individually, if any, to sue Defendants separately in another lawsuit and bring the same legal claims that are part of this lawsuit. ***Please note, if you choose this option and exclude yourself from the Class, you may be subject to a statute of limitations and statute of repose, which set deadlines for filing the lawsuit within a certain period of time and which could foreclose certain or all claims.*** Please refer to No. 6 below if you would like to be excluded from the Class.

**6.      How Do I Exclude Myself from the Class?**

To exclude yourself from this lawsuit and/or preserve your rights to bring a separate case, you must make a request to be excluded in writing and mail it by first-class mail to:

*Instadose Securities Litigation*
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

***All requests for exclusion must be postmarked on or before February 14, 2024.***

Your request for exclusion must clearly state the following: (1) that you "request exclusion from the Class in *DeLuca v. Instadose Pharma Corp., et al.*, Case No. 2:21-cv-00675 (E.D. Va.)."; (2) the name, address, telephone number, and email address of the person or entity requesting exclusion, and, in the case of entities, the name and telephone number of the appropriate contact person; (3) the number of shares of Instadose securities that the person or entity requesting exclusion purchased or acquired from July 14, 2021, through November 24, 2021, both dates inclusive; (4) how many of those securities the person or entity requesting exclusion sold; and (5) the dates, number of shares, and prices of each such purchase/acquisition and sale. The request must be signed by the person or entity requesting exclusion or an authorized representative and accompanied by proof of authorization.

You cannot exclude yourself from the Class by telephone or by email, and a request for exclusion shall not be effective unless it contains all of the information called for immediately above and is postmarked by the date stated above or is otherwise accepted by the Court.

If you do not exclude yourself by the deadline above, you will remain part of the Class and be bound by the orders of the Court in this lawsuit, including any judgment, whether or not it is favorable to the Class.

Do not request exclusion from the Class if you wish to participate in this Action as a member of the Class.

**7.      How Do I Find Out More About This Lawsuit?**

If you have any questions about the lawsuit or any matter raised by this Notice, please contact Class Counsel or visit www.bespc.com/cases/InstadosePharma-SecuritiesLitigation,

5

where you can find case-related documents and detailed information regarding the Action.  You may also call RG/2 Claims Administration LLC at (866) 742-4955.

Complete copies of the documents filed in this lawsuit may also be examined and copied at any time during regular office hours at the Clerk of Court, United States District Court for the Eastern District of Virginia, Norfolk Division, located at 600 Granby Street, Norfolk, Virginia 23510 or for a fee at www.pacer.gov.

**8.      Special Notice to Brokers and Other Nominees.**

If you hold any Instadose securities that were purchased or otherwise acquired from July 14, 2021, through November 24, 2021, both dates inclusive, as a nominee for a beneficial owner, then, you must either: (a) within seven (7) calendar days after receipt of this Notice, request from the Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to the Administrator at info@rg2claims.com or *Instadose Securities Litigation*, c/o RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479.  You must also provide email addresses for all such beneficial owners to the Administrator, to the extent they are available.  If you choose the first option, you must also send a statement to the Administrator confirming that the mailing was timely made, and you must retain your mailing records for use in connection with any future notices that may be provided in the Action.  If you choose the second option, the Administrator will send a copy of the Postcard Notice to the beneficial owners.  Upon full and timely compliance with these directions, nominees may seek reimbursement of their reasonable out-of-pocket expenses actually incurred by providing the Administrator with proper documentation supporting the expenses.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK OF COURT REGARDING THIS NOTICE.**

DATED: November 16, 2023              BY ORDER OF THE COURT
                                      UNITED STATES DISTRICT COURT
                                      FOR THE EASTERN DISTRICT OF VIRGINIA

# EXHIBIT B

*DeLuca v. Instadose Pharma Corp., et al.*
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

[Postage Prepaid]

### *COURT-ORDERED LEGAL NOTICE*
*This Notice may affect your legal rights.*
*Please read carefully.*

Important Legal Notice Authorized by the United
States District Court, Eastern District of Virgina
about a Class Action.

Name
Address
City, State
Zip

**If you purchased or otherwise acquired
publicly traded Instadose Pharma Corp.
securities from July 14, 2021, through
November 24, 2021, both dates inclusive,
and were damaged thereby, a class action
has been certified that will impact your
legal rights.**

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE CLASS ACTION.*

*Please visit www.bespc.com/cases/InstadosePharma-SecuritiesLitigation, email info@rg2claims.com, or call (866) 742-4955 for more information.*

The Court has certified the above-referenced class action ("Action") that is pending against Instadose Pharma Corp. ("Instadose") and Terry Wilshire (together, "Defendants").  IF YOU ARE IN THE CLASS YOUR RIGHTS WILL BE AFFECTED BY THIS CASE, WHICH HAS NOT SETTLED. This notice advises you of basic information about your options.  A long-form notice is available at www.bespc.com.

**What Has Happened So Far?**  This case began in December 2021 and alleges claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.  The Action alleges that Defendants made material misrepresentations and omissions during the Class Period about due diligence performed into the business combination of Instadose with a Canadian-based cannabis producer.  In August 2023, the Court certified the Class and appointed Class Representatives and Class Counsel (Bragar Eagel & Squire, P.C., 810 Seventh Ave., Suite 620, New York, NY 10019).  The Action is ongoing, but Defendants have failed to answer the complaint or make an appearance and therefore a renewed motion for default judgment will be filed pursuant to the Court's order.  **A more detailed description of the Action and the claims asserted is contained in the long-form Notice available on Class Counsel's website.**

**Who Is In the Class?**  All persons and entities that purchased or otherwise acquired publicly traded Instadose securities from July 14, 2021, through November 24, 2021, both dates inclusive (the "Class Period").  As explained in the long-form Notice, certain individuals and entities (including Defendants and their family members) are excluded from the Class by definition.  Receipt of this Postcard does not mean you are a Class Member.

**What Are My Options?**  This Action is being litigated and no money has been recovered. If you do nothing, you will remain a member of the Class and if there is a *future* recovery or settlement, you may be eligible for a payment.  If you remain a Class Member, you will be bound by all Court orders, whether favorable or unfavorable, and you may not pursue a lawsuit on your own with regard to any issues in the Action.  **If you DO NOT want to be a Class Member**, and be legally bound by anything that happens in the Action, **you must exclude yourself** from the Class.  To exclude yourself, you must mail a letter stating:  (1) that you "request exclusion from the Class in *DeLuca v. Instadose Pharma Corp., et al.*, Case No. 2:21-cv-00675 (E.D. Va.)"; (2) the name, address, telephone number, and email address of the person or entity requesting exclusion, and, in the case of entities the name and telephone number of the appropriate contact person; (3) the number of shares of Instadose securities that the person or entity requesting exclusion purchased or acquired during the Class Period; (4) how many of those securities the person or entity requesting exclusion sold; (5) the dates, number of shares, and prices of each such purchase/acquisition and sale.  The letter must be signed by the person or entity requesting exclusion or an authorized representative, accompanied by proof of authorization.  You must mail your exclusion request, postmarked **no later than February 14, 2024,** to: *Instadose Securities Litigation*, c/o RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479.  Defendants retain all their defenses to individual claims and may seek their dismissal, including because claims may be time-barred.

**Your Other Rights.**  Class Members are represented by Class Counsel.  You will not be personally responsible for their fees and expenses.  You may hire your own attorney at your own expense.  If you do, your attorney must file a notice of appearance with the Court **on or before February 14, 2024.**

**PLEASE KEEP YOUR INVESTMENT RECORDS AND NOTIFY THE ADMINISTRATOR OF ANY CHANGES OF ADDRESS.**

**Do not contact the Court or Defendants.  All questions should be directed to the Administrator or Class Counsel, or visit the website listed herein.**

# EXHIBIT C





# Summary Notice of Pendency of Class Action

November 30, 2023 09:00 AM Eastern Standard Time

NEW YORK--(<u>BUSINESS WIRE</u>)--**To all persons and entities that purchased or otherwise acquired publicly traded Instadose Pharma Corp. ("Instadose") securities from July 14, 2021, through November 24, 2021, both dates inclusive (collectively, the "Class", and individually "Class Members").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an order of the United States District Court for the Eastern District of Virginia (the "Court"), that you may be a member of a class action pending in the Court. The lawsuit captioned *DeLuca v. Instadose Pharma Corp., et al.*, Case No. 2:21-cv-00675, has been certified by the Court as a class action on behalf of the Class defined above. **<u>Please note</u>** that at this time, there is no judgment, settlement, or monetary recovery, and there is no guarantee there will be any recovery.

This case began in December 2021 and alleges claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. The Action alleges that Defendants made material misrepresentations and omissions during the Class Period about due diligence performed into the business combination of Instadose with a Canadian-based cannabis producer. The Action is ongoing, but Defendants have failed to answer the complaint or make an appearance and therefore a renewed motion for default judgment will be filed pursuant to the Court's order.

IF YOU ARE A CLASS MEMBER, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. A Postcard Notice is currently being mailed to known potential Class Members. If you have not received a Postcard Notice, you may obtain a copy of it or the long-form Notice by downloading them from Class Counsel's website at <u>www.bespc.com/cases/InstadosePharma-SecuritiesLitigation</u> or contacting the Administrator at:

*Instadose Securities Litigation*
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479
<u>info@rg2claims.com</u>
1-866-742-4955

Inquiries, other than requests for the notices, may be made to Class Counsel at:

Lawrence P. Eagel
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, Suite 620

New York, NY 10019
Telephone: 212/308-5858
www.bespc.com

*At this time, Class Members are not required to take any action to remain in the Class other than retain documentation reflecting transactions and holdings in Instadose securities.* If any benefits are eventually obtained for the Class as a result of this lawsuit, eligible Class Members may be entitled to a payment.

Class Members may choose to exclude themselves from the Class. If you exclude yourself, you will not be entitled to a payment if any benefits are eventually obtained for the Class. If you do not exclude yourself, you will be bound by any judgment in this litigation, whether favorable or unfavorable. To request exclusion, you **must** submit a written request for exclusion postmarked **no later than February 14, 2024**, in accordance with instructions set forth in the long-form Notice available at www.bespc.com/cases/InstadosePharma-SecuritiesLitigation.

Class Members are represented by Class Counsel. Class Members may also enter an appearance through an attorney if the member so desires. If you do, your attorney must file a notice of appearance with the Court **on or before February 14, 2024**.

This notice is only a summary. For more information please visit: www.bespc.com/cases/InstadosePharma-SecuritiesLitigation .

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**

## Contacts

Lawrence P. Eagel
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: 212/308-5858
www.bespc.com

## #Hashtags

#Class  #Share  #Stockholder  #A  #Invest  #Investor  #Legal  #certification

#Litigate  #Instadose  #Lawsuit  #class  #Lawyer  #Stock  #Corp  #Securities

#Action  #Litigation  #Rights  #Phara  #INSD

# EXHIBIT D

JAN 3 0 2024

Date: 1-22-24

To:    Instadose Securities Litigation c/o RG/2 Claims Administration LLC P.O. Box 59479 Philadelphia, PA 19102-9479

From:  Roy Pingleton, 502 Cedar Ln, Tolar, TX 76476  Phone: 2545921326,

Email: rping54@hotmail.com

Re: DeLuca v. Instadose Pharma Corp., et al., Case No. 2:21-cv-00675 (E.D. Va.)."; (2)

<u>I, Roy Pingleton, request exclusion from the Class in DeLuca v. Instadose Pharma Corp., et al., Case No. 2:21-cv-00675 (E.D. Va.)."; (2).</u>

Shares Purchased:

11/10/2021, Trade Details, INSDTDA TRAN - Bought 20 (INSD) @ $47.00

Shares Sold:

11/16/2021, Trade Details, INSDTDA TRAN - Sold 20 (INSD) @ $30.75

Thank you,



NORTH TEXAS T
DALLAS TX
22 JAN 2024

Instadose Securities Litigation
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

Roy Pingleton

502 Cedar Ln
Tolar, TX 7647612345