**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

| | |
|---|---|
| MICHELE DELUCA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE, <br><br> Defendants. | Case No: 2:21-cv-000675 (JKW) (RJK) <br><br> <u>CLASS ACTION</u> |

**PLAINTIFFS' NOTICE OF RENEWED MOTION**
**AND RENEWED MOTION FOR DEFAULT JUDGMENT**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure ("Rule") 55(b), Lead Plaintiffs and Class Representatives Mavis Brown and Tim Brown (together, "Plaintiffs"), by their undersigned counsel, respectfully request that the Court enter a default judgment against defendants Instadose Pharma Corp. f/k/a Mikrocoze, Inc. ("Instadose") and Terry Wilshire ("Wilshire," and together "Defendants").

This Renewed Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Lawrence P. Eagel, the [Proposed] Order Granting Plaintiffs' Renewed Motion for Default Judgment, the original default motion filed with the Court on February 28, 2023 (ECF Nos. 32-33) and all related materials and orders (ECF Nos. 34-37, 40-43), and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Renewed Motion.

As this Renewed Motion is being filed due to Defendants failure to appear, counsel for Plaintiffs respectfully request that the meet and confer requirement in Rule 7(E) of the Local Rules be waived for this Renewed Motion.

DATED: April 4, 2024                     Respectfully submitted,

                                   By: /s/ *Elizabeth K. Tripodi*
                                   Elizabeth K. Tripodi (VA Bar #73483)
                                   **LEVI & KORSINSKY LLP**
                                   1101 30th Street NW, Suite 115
                                   Washington, D.C. 20007
                                   Tel: (202) 524-4290
                                   Fax: (212) 363-7171
                                   etripodi@zlk.com

                                   *Local Counsel for Lead Plaintiffs and the Class*

                                   Lawrence P. Eagel (admitted *pro hac vice*)

1

Marion C. Passmore
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email: eagel@bespc.com
        passmore@bespc.com

*Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I, Elizabeth K. Tripodi, hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 4th day of April, 2024.

*/s/ Elizabeth K. Tripodi*
Elizabeth K. Tripodi

3

## CERTIFICATE OF SERVICE

I, Marion C. Passmore, hereby certify that on the 4th day of April, 2024, I caused to be mailed full and complete copies of the foregoing via U.S. Mail, first-class postage paid, to the following:

IDP Holdings (USA) Corp.
c/o VCorp Services, LLC
701 S. Carson Street, Suite 200
Carson City, Nevada 89701

IDP Holdings (USA) Corp.
18 King Street East, Suite 1400
Toronto, Ontario
Canada, M5C 1C4

IDP Holdings (USA) Corp.
Attn: Terry Wilshire
18 King Street East, Suite 1400
Toronto, Ontario
Canada, M5C 1C4

/s/ Marion C. Passmore
Marion C. Passmore

4