**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | |
|---|---|
| MICHELE DELUCA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INSTADOSE PHARMA CORP. f/k/a MIKROCOZE, INC. and TERRY WILSHIRE,<br><br>    Defendants. | Case No. 2:21-cv-675 |

## <u>ORDER</u>

This matter comes before the Court on the plaintiff's Second Motion for Default Judgment. ECF Nos. 49 (Motion), 50 (Memorandum). The Clerk entered default as to the defendants on August 25, 2022, because the defendants had not responded to the complaint or otherwise participated in these proceedings. ECF No. 28. The plaintiff filed their initial Motion for Default Judgment (ECF No. 32) on February 28, 2023, which this Court denied on August 24, 2023. ECF No. 43. The plaintiff now moves again for default judgment. ECF No. 49. For the reasons stated below, the plaintiff is **ORDERED** to contact the Court within 7 days to schedule a hearing on the instant motion.

The Complaint alleges that the defendants, Instadose Pharma Corp. and Terry Wilshire, violated Section 10(b) of the Securities Exchange Act, 15 U.S.C. § 78j(b), because they made "untrue statements of material facts" and "omitted . . .

material facts" in order to "deceive the investing public, including Plaintiff and other class members" to "cause Plaintiff and other members of the Class to purchase or otherwise acquire Instadose securities and options at artificially inflated prices." ECF No. 1 ¶ 62.

The timeline alleged by the plaintiff is summarized as follows: On December 7, 2020, Defendant Instadose entered into a letter of intent with Instadose Pharma Corp. ("Instadose Canada") to acquire 100% of the outstanding common shares of Instadose Canada *Id.* ¶ 3. On July 9, 2021, the Ontario Securities Commission announced that the CEO of Instadose Canada had been charged with fraud based on an allegation that he had diverted investor funds for his own benefit. *Id.* ¶ 5. On November 24, 2021, Instadose disclosed that the Securities Exchange Commission had suspended trading of securities in Defendant Instadose "because of questions and concerns regarding the adequacy and accuracy of information about Instadose" and, in part, based on "the operations of Instadose[]'s Canadian affiliate." *Id.* ¶ 7. After news of the SEC order broke, the share price of Defendant Instadose's stock fell significantly. *Id.* Throughout the period between December 7, 2020, and November 24, 2021, Defendant Instadose did not disclose that the OSC had charged the CEO of Instadose Canada with fraud, and instead made other statements that the plaintiff alleges were misleading given that he had been. *See, e.g., id.* ¶¶ 24–50.

To prevail on their claim, the plaintiff must show that "in connection with the purchase or sale of a security, (1) the defendant made a false statement or omission of material fact (2) with scienter (3) upon which the plaintiff justifiably relied (4) that

2

proximately caused the plaintiff's damages." *In re BearingPoint, Inc. Sec. Litig.*, 232 F.R.D. 534, 539 (E.D. Va. 2006) (quotation marks omitted).

It appears to the Court that the Complaint (ECF No. 1) does not adequately plead the second element of the plaintiff's claim, scienter. However, the Court wants to afford the plaintiff an opportunity to point to additional specific facts in the Complaint it believes satisfy the scienter requirement or, alternatively, whether the plaintiff, if given the opportunity to amend the Complaint, could plead other facts to meet the heightened pleading standard.

Accordingly, the plaintiff is **ORDERED** to contact the Court within 7 days of the entry of this Order to schedule a hearing on the instant motion. At the hearing, the plaintiff should be prepared to present specific facts that address the Court's concerns regarding scienter.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

The plaintiff is **DIRECTED** to forward a copy of this Order to the defendants.

**IT IS SO ORDERED.**

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
October 28, 2024

3