\#
\#

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

MICHELE DELUCA, *et al.*,

      Plaintiff,

v.                                              Case No. 2:21cv675

INSTADOSE PHARMA CORP., *et al.*,

      Defendants.

## DEFAULT JUDGMENT

      **IT IS ORDERED AND ADJUDGED**, pursuant to the Court's Opinion and Order entered December 23, 2024, that Plaintiffs' Second Motion for Default Judgment is GRANTED. Judgment is entered against defendants Instadose Pharma Corp. and Terry Wilshire for damages in the amount of $4,376,673.

DATED: December 23, 2024                                       FERNANDO GALINDO, CLERK

                                                             By:       /s/
                                                                           J. Hiemer, Deputy Clerk